# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kim E. Tolbert, | Case No.: 2:23-cv-01026-JAD-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| Clark County Detention Center, *et al*., | |
| Defendants. | |

Before the Court are Plaintiff's Motions for Extension to file amended complaint. ECF Nos. 8, 9. Unfortunately, Plaintiff does not state how much time she seeks. Plaintiff's Motions refer vaguely to fact finding and ongoing violations of her rights, but neither Motion provides any specific details. The Court notes that on July 24, 2024, Plaintiff was given through and including October 22, 2024 to file an amended complaint. ECF No. 6. Plaintiff signed her Motions for Extension on October 23 and 25, 2024, respectively, after the due date for the amended complaint. While the Court did not receive Plaintiff's Motions until October 28, 2024, and in light of her *pro se* status, the Court will grant her an extension until **December 16, 2024**, to file an amended complaint. However, the Court cautions Plaintiff that she must not miss Court deadlines in the future. Barring unusual circumstances, the Court does not anticipate granting another extension.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motions for Extension to file an amended complaint (ECF Nos. 8, 9) are **GRANTED**; provided, however, Plaintiff must file her amended complaint on or before **December 16, 2024**.

IT IS FURTHER ORDERED that pursuant to the Court's previous screening order, if Plaintiff does not file a first amended complaint by the extended deadline, this action will be subject to dismissal.

Dated this 19th day of November, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1